# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

*In re*: Fred W. Kennedy
Attorney at Law, Bar No. 2269

Case No. 2:22-ms-00075

ORDER OF SUSPENSION

On December 12, 2022, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt, returned as "Not Deliverable As Addressed, Unable to Forward." (ECF Nos. 1, 4.) Regardless, the OSC provided Mr. Kennedy with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Kennedy. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Fred W. Kennedy, Bar No. 2269, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 22nd Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th Day of June 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Fred W. Kennedy
> c/o Frank J. Cremen, Esq.
> 17 Crescent Dr.
> Las Vegas, NV 89102

Certified Mail No.: 7020 3160 0000 7420 3692

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada